IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

SEALED

CASE NO. 23- 1259 (m)

## MOTION TO SEAL

TO THE HONORABLE COURT:

COMES NOW the United States of America, by and through the undersigned attorneys, and very respectfully states and prays:

1. Contemporaneously with this motion, we are submitting a pleading that is self-explanatory, related to the above captioned case.

2. The United States respectfully requests that the pleading be accepted by the Court for filing and appropriate disposition and that it remain under seal until further order from this Court.

WHEREFORE, the United States respectfully prays the Court accept and file the mentioned pleading, take appropriate action, and that an order be issued directing it remain under seal until further order by the Court.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico, on November 21, 2023.

W. STEPHEN MULDROW
United States Attorney

*Granted*
*US MJ Marshal*
*11/22/23*

/s/ Jeanette M. Collazo-Ortiz
**Jeanette M. Collazo-Ortiz, 226803**
Assistant United States Attorney
United States Attorney's Office
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Tel: (787) 766-5656
Fax: (787) 772-4012
Email: jeanette.collazo@usdoj.gov